■ In the Matter of TALEEK 7-X BOYD, Petitioner, v HANS G. WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [617 NYS2d 686] —Motion for permission to proceed as poor person denied. Memorandum: Petitioner has failed to demonstrate merit *(see,* CPLR 1101 [a]) and failed to

serve the motion papers on the County Attorney *(see,* CPLR 1101 [c]). Present—Green, J. P., Pine, Balio, Davis and Boehm, JJ.